UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
--------------------------------------------------------------------X
                                                       :
     UNITED STATES OF AMERICA,                         :
                                                       :          03-CR-1492-5 (JMF)
                          -v-                          :
                                                       :               ORDER
     MELVIN MARTINEZ,                                  :
                                    Defendant.         :
                                                       :
--------------------------------------------------------------------:
                                                       X
```

JESSE M. FURMAN, United States District Judge:

      On February 8, 2021, Defendant Melvin Martinez filed a motion for early termination of supervised release.  Docket No. 189.  The motion has been assigned to the undersigned due to the death of the Honorable Deborah A. Batts, the District Judge previously assigned to Defendant's case.  It is hereby ORDERED that the Government shall file any opposition to that motion by **February 22, 2021**.  In its opposition, the Government shall note the Probation Department's position with respect to the motion.  Defendant's reply, if any, shall be filed by **March 8, 2021**.

      The Clerk of Court is directed to mail a copy of this Order to Defendant at the following address:

Melvin Martinez
4303 K St.
Philadelphia, PA. 19124

      SO ORDERED.

Dated: February 8, 2021
      New York, New York

_____
JESSE M. FURMAN
United States District Judge